```
                            United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                      Case No. 17-00993-RNO
Linda Joy Phoenix                                                           Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0314-1          User: DDunbar              Page 1 of 1                Date Rcvd: Apr 04, 2017
                              Form ID: pdf010            Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2017.
```
db             +Linda Joy Phoenix,    1923 Whitehall Street,    Harrisburg, PA 17103-2558
4895560         CB/JESSLONDON,    BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
4895561         CB/WMNWTHN,    BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
4895562         CCB/BLAIR,    PO BOX 183043,    COLUMBUS, OH 43218-3043
4895563         CCB/BOSCOV,    BANKRUPTCY NOTICES,    PO BOX 183043,    COLUMBUS, OH 43218-3043
4895564        +CCB/HABAND,    PO BOX 182120,    COLUMBUS, OH 43218-2120
4895566        +CHASE HOME FINANCE,    BANKRUPTCY DEPARTMENT,    3415 VISION DRIVE,    COLUMBUS, OH 43219-6009
4895567        +COML ACCEPT,    PO BOX 3268,    SHIREMANSTOWN, PA 17011-3268
4895569        +CREDIGY RECEIVABLES INC,    PO BOX 2689,    SUWANEE, GA 30024-0984
4895572        +FIRST PREMIER BANK,    3820 N LOUISE AVENUE,    SIOUX FALLS SD 57107-0145
4895573        +HSBC BANK,    ACCT INFORMATION,    PO BOX 81622,    SALINAS, CA 93912-1622
4895575        +JEWISH HOME,    4000 LINGLESTOWN ROAD,    HARRISBURG, PA 17112-6002
4895576        +KML LAW GROUP PC,    SUITE 5000 - BNY INDEPENDENCE CENTER,    701 MARKET STREET,
                 PHILADELPHIA, PA 19106-1538
4895577        +LYONS DOUGHTY & VELDHUIS PC,    Suite 100,    136 Gaither Drive,    MT LAUREL NJ 08054-2239
4895579        +PA DEPT OF LABOR & INDUSTRY,    OFFICE OF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4895559        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 04 2017 19:03:35
                 CAPITAL ONE AUTO FINANCE,    BANKRUPTCY NOTICES,    PO BOX 201347,    ARLINGTON, TX 76006-1347
4895565        +E-mail/Text: dehartstaff@pamd13trustee.com Apr 04 2017 19:11:32     CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4895568         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 04 2017 19:11:22     COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4895570        +E-mail/Text: creditonebknotifications@resurgent.com Apr 04 2017 19:11:18     CREDITONE BANK,
                 PO BOX 98872,    LAS VEGAS, NV 89193-8872
4895571        +E-mail/Text: mrdiscen@discover.com Apr 04 2017 19:11:18     DISCOVER FINANCIAL SERVICES LLC (p),
                 PO BOX 3025,    NEW ALBANY, OH 43054-3025
4895574         E-mail/Text: cio.bncmail@irs.gov Apr 04 2017 19:11:19     INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4895578         E-mail/PDF: pa_dc_claims@navient.com Apr 04 2017 19:03:35     NAVIENT,    PO BOX 9500,
                 WILKES BARRE, PA 18773-9500
4895580         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2017 19:09:02
                 PORTFOLIO RECOVERY ASSOCIATES LLC,    120 CORPORATE BLVD,    NORFOLK, VA 23502
4895581        +E-mail/Text: bankruptcynotice@westlakefinancial.com Apr 04 2017 19:11:23     WESTLAKE FINANCIAL,
                 4751 WILSHIRE BLVD STE 100,    LOS ANGELES, CA 90010-3847
                                                                                              TOTAL: 9
```
```
                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee, as
               successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National
               Association, as Trustee for EMC Mortgage Loan Trust 2005-B, Mortga bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor Linda Joy Phoenix karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
LINDA JOY PHOENIX :
aka Linda Phoenix : CASE NO. 1:17-bk-00993
    Debtor :
:
:

**ORDER**

UPON CONSIDERATION of the Motion to Extend the Automatic Stay, and cause appearing therefore, it is hereby

ORDERED AND DECREED that automatic stay remains unaffected as to property of the estate and thus the stay continues to protect property of the estate until the closing of the case or further order of the Court; and

IT IS FURTHER ORDERED AND DECREED that pursuant to the Debtor's motion, the automatic stay as to the debtor and the debtor's property shall continue until the closing of the case or further order of the Court.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: April 4, 2017

Case 1:17-bk-00993-RNO    Doc 19    Filed 04/06/17    Entered 04/07/17 00:47:41    Desc
Imaged Certificate of Notice    Page 2 of 2