```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                    Case No. 17-00993-RNO
Linda Joy Phoenix                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar           Page 1 of 2           Date Rcvd: May 09, 2017
                              Form ID: ntcnfhrg       Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2017.
```
db          +Linda Joy Phoenix,    1923 Whitehall Street,    Harrisburg, PA 17103-2558
4895560      CB/JESSLONDON,    BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
4895561      CB/WMNWTHN,    BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
4895562      CCB/BLAIR,    PO BOX 183043,    COLUMBUS, OH 43218-3043
4895563      CCB/BOSCOV,    BANKRUPTCY NOTICES,    PO BOX 183043,    COLUMBUS, OH 43218-3043
4895564     +CCB/HABAND,    PO BOX 182120,    COLUMBUS, OH 43218-2120
4895566     +CHASE HOME FINANCE,    BANKRUPTCY DEPARTMENT,    3415 VISION DRIVE,    COLUMBUS, OH 43219-6009
4895567     +COML ACCEPT,    PO BOX 3268,    SHIREMANSTOWN, PA 17011-3268
4895569     +CREDIGY RECEIVABLES INC,    PO BOX 2689,    SUWANEE, GA 30024-0984
4895572     +FIRST PREMIER BANK,    3820 N LOUISE AVENUE,    SIOUX FALLS SD 57107-0145
4895573     +HSBC BANK,    ACCT INFORMATION,    PO BOX 81622,    SALINAS, CA 93912-1622
4895575     +JEWISH HOME,    4000 LINGLESTOWN ROAD,    HARRISBURG, PA 17112-6002
4895576     +KML LAW GROUP PC,    SUITE 5000 - BNY INDEPENDENCE CENTER,    701 MARKET STREET,
              PHILADELPHIA, PA 19106-1538
4895577     +LYONS DOUGHTY & VELDHUIS PC,    Suite 100,    136 Gaither Drive,    MT LAUREL NJ 08054-2239
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4895559     +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 09 2017 19:02:13
              CAPITAL ONE AUTO FINANCE,    BANKRUPTCY NOTICES,    PO BOX 201347,    ARLINGTON, TX 76006-1347
4895565     +E-mail/Text: dehartstaff@pamd13trustee.com May 09 2017 18:59:15     CHARLES J DEHART, III, ESQ.,
              8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4895568      E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2017 18:58:58     COMM OF PA DEPT OF REVENUE,
              BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4895570     +E-mail/PDF: creditonebknotifications@resurgent.com May 09 2017 19:02:26     CREDITONE BANK,
              PO BOX 98872,    LAS VEGAS, NV 89193-8872
4906655     +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 09 2017 19:02:38
              Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
              Irving, TX 75016-5028
4895571     +E-mail/Text: mrdiscen@discover.com May 09 2017 18:58:12     DISCOVER FINANCIAL SERVICES LLC (p),
              PO BOX 3025,    NEW ALBANY, OH 43054-3025
4895574      E-mail/Text: cio.bncmail@irs.gov May 09 2017 18:58:49     INTERNAL REVENUE SERVICE - CIO,
              PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4895578     +E-mail/PDF: pa_dc_claims@navient.com May 09 2017 19:02:39     NAVIENT,    PO BOX 9500,
              WILKES BARRE, PA 18773-9500
4905697      E-mail/PDF: pa_dc_litigation@navient.com May 09 2017 19:02:14
              Navient Solutions, Inc. on behalf of,    United Student Aid Funds, Inc.,
              Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
4895579     +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us May 09 2017 18:59:26
              PA DEPT OF LABOR & INDUSTRY,    OFFICE OF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
              HARRISBURG, PA 17121-0751
4895580      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2017 19:08:05
              PORTFOLIO RECOVERY ASSOCIATES LLC,    120 CORPORATE BLVD,    NORFOLK, VA 23502
4912003      E-mail/Text: bnc-quantum@quantum3group.com May 09 2017 18:58:56
              Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
              Kirkland, WA  98083-0788
4895581     +E-mail/Text: bankruptcynotice@westlakefinancial.com May 09 2017 18:59:04     WESTLAKE FINANCIAL,
              4751 WILSHIRE BLVD STE 100,    LOS ANGELES, CA 90010-3847
4917167     +E-mail/Text: bankruptcynotice@westlakefinancial.com May 09 2017 18:59:04
              WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES, CA 90010-3847
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
              Irving, TX 75016-5028
                                                                                   TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2017 at the address(es) listed below:

    Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
    James Warmbrodt    on behalf of Creditor   U.S. Bank, National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-B, Mortga bkgroup@kmllawgroup.com
    Kara Katherine Gendron    on behalf of Debtor Linda Joy Phoenix karagendronecf@gmail.com, doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                           TOTAL: 4

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Linda Joy Phoenix
aka Linda Phoenix
Debtor(s)

Chapter 13

Case No. 1:17−bk−00993−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **June 7, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: June 28, 2017 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: DDunbar |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 9, 2017 |