```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                              Case No. 17-00993-RNO
Linda Joy Phoenix                                                   Chapter 13
      Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-1           User: DDunbar               Page 1 of 2          Date Rcvd: Aug 18, 2017
                               Form ID: ntpasnh            Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2017.
```
db           +Linda Joy Phoenix,    1923 Whitehall Street,    Harrisburg, PA 17103-2558
4895560       CB/JESSLONDON,    BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
4895561       CB/WMNWTHN,    BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
4895562       CCB/BLAIR,    PO BOX 183043,    COLUMBUS, OH 43218-3043
4895563       CCB/BOSCOV,    BANKRUPTCY NOTICES,    PO BOX 183043,    COLUMBUS, OH 43218-3043
4895564      +CCB/HABAND,    PO BOX 182120,    COLUMBUS, OH 43218-2120
4895566      +CHASE HOME FINANCE,    BANKRUPTCY DEPARTMENT,    3415 VISION DRIVE,    COLUMBUS, OH 43219-6009
4895567      +COML ACCEPT,    PO BOX 3268,    SHIREMANSTOWN, PA 17011-3268
4895569      +CREDIGY RECEIVABLES INC,    PO BOX 2689,    SUWANEE, GA 30024-0984
4895572      +FIRST PREMIER BANK,    3820 N LOUISE AVENUE,    SIOUX FALLS SD 57107-0145
4895573      +HSBC BANK,    ACCT INFORMATION,    PO BOX 81622,    SALINAS, CA 93912-1622
4895575      +JEWISH HOME,    4000 LINGLESTOWN ROAD,    HARRISBURG, PA 17112-6002
4895576      +KML LAW GROUP PC,    SUITE 5000 - BNY INDEPENDENCE CENTER,    701 MARKET STREET,
               PHILADELPHIA, PA 19106-1538
4895577      +LYONS DOUGHTY & VELDHUIS PC,    Suite 100,    136 Gaither Drive,    MT LAUREL NJ 08054-2239
4948948       U.S. Bank, National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
               Salt Lake City, UT 84165-0250
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4895559      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 18 2017 19:06:57
               CAPITAL ONE AUTO FINANCE,    BANKRUPTCY NOTICES,    PO BOX 201347,    ARLINGTON, TX 76006-1347
4895565      +E-mail/Text: jdragas@pamd13trustee.com Aug 18 2017 19:05:08      CHARLES J DEHART, III, ESQ.,
               8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4895568       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2017 19:04:59      COMM OF PA DEPT OF REVENUE,
               BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4895570      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 18 2017 19:06:57       CREDITONE BANK,
               PO BOX 98872,    LAS VEGAS, NV 89193-8872
4906655      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 18 2017 19:06:51
               Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
               Irving, TX 75016-5028
4895571      +E-mail/Text: mrdiscen@discover.com Aug 18 2017 19:04:46      DISCOVER FINANCIAL SERVICES LLC (p),
               PO BOX 3025,    NEW ALBANY, OH 43054-3025
4895574       E-mail/Text: cio.bncmail@irs.gov Aug 18 2017 19:04:51      INTERNAL REVENUE SERVICE - CIO,
               PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4895578      +E-mail/PDF: pa_dc_claims@navient.com Aug 18 2017 19:06:57      NAVIENT,    PO BOX 9500,
               WILKES BARRE, PA 18773-9500
4905697       E-mail/PDF: pa_dc_litigation@navient.com Aug 18 2017 19:06:51
               Navient Solutions, Inc. on behalf of,    United Student Aid Funds, Inc.,
               Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
4895579      +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Aug 18 2017 19:05:16
               PA DEPT OF LABOR & INDUSTRY,    OFFICE OF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
               HARRISBURG, PA 17121-0751
4895580       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2017 19:13:05
               PORTFOLIO RECOVERY ASSOCIATES LLC,    120 CORPORATE BLVD,    NORFOLK, VA 23502
4912003       E-mail/Text: bnc-quantum@quantum3group.com Aug 18 2017 19:04:54
               Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
               Kirkland, WA 98083-0788
4933715       E-mail/Text: bnc-quantum@quantum3group.com Aug 18 2017 19:04:54
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
4895581      +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 18 2017 19:05:01       WESTLAKE FINANCIAL,
               4751 WILSHIRE BLVD STE 100,    LOS ANGELES, CA 90010-3847
4917167      +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 18 2017 19:05:01
               WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES, CA 90010-3847
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
               Irving, TX 75016-5028
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
          James   Warmbrodt     on behalf of Creditor    U.S. Bank, National Association, as Trustee, as
           successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National
           Association, as Trustee for EMC Mortgage Loan Trust 2005-B, Mortga bkgroup@kmllawgroup.com
          Kara Katherine Gendron     on behalf of Debtor Linda Joy Phoenix karagendronecf@gmail.com,
           doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                     TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Linda Joy Phoenix
aka Linda Phoenix
**Debtor(s)**

Chapter: 13

Case number: 1:17−bk−00993−RNO

Document Number: 27

Matter: Motion for Mortgage Modification

U.S. Bank, National Association, as Trustee, as successor−in−interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005−B, Mortgage Pass−Through Certificates, Series 2005−B
**Movant(s)**

vs.

Linda Joy Phoenix aka Linda Phoenix
and
Charles J. DeHart, III Esq., Trustee
**Respondent(s)**

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **September 8, 2017**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 18, 2017 |