UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LINDA JOY PHOENIX
AKA: LINDA PHOENIX

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-17-00993-RNO

LINDA JOY PHOENIX
AKA: LINDA PHOENIX

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on February 26, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of February 26, 2018, the Debtor(s) is/are $1000.00 in arrears with a plan payment having last been made on Dec 04, 2017.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: February 26, 2018

Case 1:17-bk-00993-RNO    Doc 36    Filed 02/26/18    Entered 02/26/18 09:45:10    Desc
Main Document    Page 1 of 2

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LINDA JOY PHOENIX
AKA: LINDA PHOENIX

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

LINDA JOY PHOENIX
AKA: LINDA PHOENIX

CASE NO: 1-17-00993-RNO

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on February 26, 2018.

KARA K GENDRON
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101-

LINDA JOY PHOENIX
1923 WHITEHALL STREET
HARRISBURG, PA 17103

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: February 26, 2018