```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                Case No. 17-00993-RNO
Linda Joy Phoenix                                                     Chapter 13
          Debtor              CERTIFICATE OF NOTICE
District/off: 0314-1          User: CGambini            Page 1 of 2             Date Rcvd: Feb 27, 2018
                              Form ID: pdf010           Total Noticed: 31
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.
```
db             +Linda Joy Phoenix,    1923 Whitehall Street,    Harrisburg, PA 17103-2558
cr              PERITUS PORTFOLIO SVCS SERVICER FOR WESTLAKE FINAN,    PO BOX 141419,    IRVING, TX  75014-1419
4895559        +CAPITAL ONE AUTO FINANCE,    BANKRUPTCY NOTICES,    PO BOX 201347,    ARLINGTON, TX 76006-1347
4895560         CB/JESSLONDON,    BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
4895561         CB/WMNWTHN,    BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
4895562         CCB/BLAIR,    PO BOX 183043,    COLUMBUS, OH 43218-3043
4895563         CCB/BOSCOV,    BANKRUPTCY NOTICES,    PO BOX 183043,    COLUMBUS, OH 43218-3043
4895564        +CCB/HABAND,    PO BOX 182120,    COLUMBUS, OH 43218-2120
4895566        +CHASE HOME FINANCE,    BANKRUPTCY DEPARTMENT,    3415 VISION DRIVE,    COLUMBUS, OH 43219-6009
4895567        +COML ACCEPT,    PO BOX 3268,    SHIREMANSTOWN, PA 17011-3268
4895569        +CREDIGY RECEIVABLES INC,    PO BOX 2689,    SUWANEE, GA 30024-0984
4906655        +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
4895572        +FIRST PREMIER BANK,    3820 N LOUISE AVENUE,    SIOUX FALLS SD 57107-0145
4895573        +HSBC BANK,    ACCT INFORMATION,    PO BOX 81622,    SALINAS, CA 93912-1622
4895575        +JEWISH HOME,    4000 LINGLESTOWN ROAD,    HARRISBURG, PA 17112-6002
4895576        +KML LAW GROUP PC,    SUITE 5000 - BNY INDEPENDENCE CENTER,    701 MARKET STREET,
                 PHILADELPHIA, PA 19106-1538
4895577        +LYONS DOUGHTY & VELDHUIS PC,    Suite 100,    136 Gaither Drive,    MT LAUREL NJ 08054-2239
4895581         Peritus Portfolio Svcs Servicer for Westlake,    Financial Service,    PO Box 141419,
                 Irving, TX  75014-1419
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4895565        +E-mail/Text: dehartstaff@pamd13trustee.com Feb 27 2018 19:12:58    CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4895568         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 27 2018 19:12:46    COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4895570        +E-mail/PDF: creditonebknotifications@resurgent.com Feb 27 2018 19:11:07    CREDITONE BANK,
                 PO BOX 98872,    LAS VEGAS, NV 89193-8872
4895571        +E-mail/Text: mrdiscen@discover.com Feb 27 2018 19:12:31    DISCOVER FINANCIAL SERVICES LLC (p),
                 PO BOX 3025,    NEW ALBANY, OH 43054-3025
4895574         E-mail/Text: cio.bncmail@irs.gov Feb 27 2018 19:12:37    INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4895578        +E-mail/PDF: pa_dc_claims@navient.com Feb 27 2018 19:10:46    NAVIENT,    PO BOX 9500,
                 WILKES BARRE, PA 18773-9500
4905697         E-mail/PDF: pa_dc_litigation@navient.com Feb 27 2018 19:10:46
                 Navient Solutions, Inc. on behalf of,    United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
4895579        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Feb 27 2018 19:13:06
                 PA DEPT OF LABOR & INDUSTRY,    OFFICE OF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751
4895580         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2018 19:10:45
                 PORTFOLIO RECOVERY ASSOCIATES LLC,    120 CORPORATE BLVD,    NORFOLK, VA 23502
4912003         E-mail/Text: bnc-quantum@quantum3group.com Feb 27 2018 19:12:42
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
4933715         E-mail/Text: bnc-quantum@quantum3group.com Feb 27 2018 19:12:42
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
4948948         E-mail/Text: jennifer.chacon@spservicing.com Feb 27 2018 19:13:08
                 U.S. Bank, National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
4917167        +E-mail/Text: bankruptcynotice@westlakefinancial.com Feb 27 2018 19:12:48
                 WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES, CA 90010-3847
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Case 1:17-bk-00993-RNO    Doc 38    Filed 03/01/18    Entered 03/02/18 00:51:48    Desc
                       Imaged Certificate of Notice    Page 1 of 3

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   U.S. Bank, National Association, as Trustee, as
               successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National
               Association, as Trustee for EMC Mortgage Loan Trust 2005-B, Mortga bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Linda Joy Phoenix karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 4
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Linda Joy Phoenix** <br> **aka Linda Phoenix** | **Chapter:** 13 |
| Debtor(s) | **Case No.:** 1:17-bk-00993-RNO |
| **Charles J DeHart, III (Trustee)** | |
| vs. Movant(s) | |
| **Linda Joy Phoenix** <br> **aka Linda Phoenix** | |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_ (DG)

February 27, 2018

Order Dismissing Case with Parties - Revised 9/17